### PLANE *et al.* v. WALKER.

ATKINSON, J. 1. When considered in the light of the pleadings and the evidence and the entire charge, the excerpts from the charge which are complained of show no error requiring the grant of a new trial.
2. The evidence was sufficient to support the verdict.

*Judgment affirmed. All the Justices concur.*
JULY 8, 1915.

Complaint. Before Judge Bell. Fulton superior court. January 24, 1914.

*W. O. Wilson,* for plaintiffs in error. *Edgar Latham,* contra.